FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-22-00086-CR

Freddy **VILLANUEVA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2021-0284-CR
Honorable Sid L. Harle, Judge Presiding

# O R D E R

     The reporter's record was due on May 25, 2022, but has not been filed. On May 26, 2022, the court reporter filed a notification of late record, requesting until August 3, 2022, to file the record. After consideration, we GRANT IN PART the court reporter's requested extension and ORDER the court reporter to file the reporter's record in this court on or before **June 25, 2022**. *See* TEX. R. APP. P. 35.3(c) (providing that each extension to the deadline to file a record may not exceed thirty days in ordinary or restricted appeals and ten days in accelerated appeals).

_____
Rebeca C. Martinez, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court